IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 08–cv–01788–WYD–KMT

ARAPAHOE COUNTY WATER AND WASTEWATER PUBLIC IMPROVEMENT
DISTRICT and
ARAPAHOE COUNTY WATER AND WASTEWATER AUTHORITY,

     Plaintiffs,

v.

HDR ENGINEERING, INC.,

     Defendant.

---

## MINUTE ORDER

---

**ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA**

The "Joint Motion to Amend Scheduling Order" (# 20, filed June 4, 2009) is GRANTED.  The Discovery Cut-off is extended to August 31, 2009.  The Dispositive Motion Deadline is extended to September 15, 2009.

The Settlement Conference scheduled for June 24, 2009 is VACATED and RESET to September 14, 2009 at 1:30 p.m.  The parties shall submit Confidential Settlement Statements no later than September 7, 2009.

Dated: June 8, 2009