IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 08–cv–01788–WYD–KMT

ARAPAHOE COUNTY WATER AND WASTEWATER PUBLIC IMPROVEMENT DISTRICT and
ARAPAHOE COUNTY WATER AND WASTEWATER AUTHORITY,

 Plaintiffs,

v.

HDR ENGINEERING, INC.,

 Defendant.

## MINUTE ORDER

### ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA

Defendant's "Unopposed Motion to Vacate and Reschedule the Final Pretrial Conference" (#29, filed September 1, 2009) is GRANTED. The Final Pretrial Conference currently set for September 29, 2009 is VACATED and RESET to November 5, 2009 at 9:15 a.m. A Final Pretrial Order shall be prepared by the parties and submitted to the court no later than five (5) days before the Final Pretrial Conference.

Dated: September 3, 2009