IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Civil Action No.  08-cv-01788-WYD-KMT

ARAPAHOE COUNTY WATER AND WASTEWATER PUBLIC IMPROVEMENT DISTRICT; and
ARAPAHOE COUNTY WATER AND WASTEWATER AUTHORITY,

   Plaintiffs,

v.

HDR ENGINEERING, INC.,

   Defendant.

## ORDER

   Plaintiffs' Motion to Dismiss Negligence Claim [ECF No. 71], filed February 25, 2011 is **GRANTED**.  Plaintiffs' negligence claim is hereby dismissed from this action.

   Dated:  March 4, 2011